■ In the Matter of MATHALIA MOTORS, INC., Appellant, v CITY OF ONEIDA, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Zeller, J.), entered December 17, 1980 in Madison County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to annul the award of a towing contract by the respondent City of Oneida. Judgment affirmed, with costs, on the opinion of Mr. Justice Howard A. Zeller at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.